JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOUSSAINT, | ) Case No. CV 15-3557-PA (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Defendant. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 17, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE